UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN A. SCHIAFFINO, | Case No. C17-5541-RSM |
| Plaintiff, | ORDER REMANDING CASE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on the order and mandate from the Ninth Circuit Court of Appeals. Dkts. #20, #21. This case is hereby REMANDED to the Commissioner for further consideration pursuant to 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this 23rd day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1